# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE LELAND KING,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:24-cv-00986-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 13) |

On December 5, 2024, Defendant filed a stipulated motion for a thirty (30) day extension of time, from December 16, 2024 to January 15, 2025, to reply to Plaintiff's opening brief. (ECF No. 13.) The Court finds that good cause exists to grant the stipulation.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's response shall be filed **on or before January 15, 2025**; and;

3. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **December 6, 2024**

STANLEY A. BOONE
United States Magistrate Judge

1