# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE LELAND KING,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:24-cv-00986-SAB<br><br>ORDER RE: STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 15) |

Plaintiff Kyle Leland King filed this action on August 21, 2024, challenging the Commissioner of Social Security's final decision denying his application for Social Security Benefits. The parties have consented to the jurisdiction of the United States magistrate judge and this matter has been reassigned to the undersigned for all purposes. (ECF Nos. 7, 8, 9.) On January 13, 2025, the parties filed a stipulation for voluntary remand in this action. (ECF No. 15.)

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1. This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation to remand (ECF No. 15);

2. All pending dates and matters are VACATED; and

///

3. Judgment is ENTERED in favor of Plaintiff Kyle Leland King and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **January 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2